No. 228. GALVESTON ARTILLERY CLUB ET AL. *v.* C. M. CURETON, ATTORNEY GENERAL, ETC., ET AL. Appeal from the District Court of the United States for the Northern District of Texas. November 22, 1920. Dismissed with costs, pursuant to the tenth rule. *Mr. Joseph Manson McCormick* for appellants. No appearance for appellees.

---

No. 162. UNITED STATES *v.* THEODORE RAY. Error to the District Court of the United States for the District of Wyoming. December 6, 1920. Dismissed, on motion of *The Solicitor General* for the United States. *Mr. D. A. Preston* for defendant in error.

---

No. 350. CLARK COUNTY NATIONAL BANK *v.* COMMONWEALTH OF KENTUCKY. Error to the Court of Appeals of the State of Kentucky. December 6, 1920. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. D. L. Pendleton* for plaintiff in error. No appearance for defendant in error.